# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0473. ERIK DANIEL GOMEZ v. LINDSEY DENE ZAGARELLA.

Erik Daniel Gomez filed a petition to legitimate a child born out of wedlock. The mother, Lindsey Dene Zagarella filed a counterclaim for child support. The trial court entered an order denying the legitimation petition, but awarding child support. Gomez then filed this direct appeal. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (2), appeals in "domestic relations cases" must be brought by application for discretionary appeal. Here, the underlying action involved a legitimation proceeding, which is a type of domestic relations case. See *Brown v. Williams*, 174 Ga. App. 604, 605 (332 SE2d 48) (1 985). Likewise, an application for discretionary appeal is required to appeal a child support ruling. See *Davis v. Welch*, 205 Ga. App. 462, 463 (422 SE2d 323) (1992). "Compliance with the discretionary appeals procedure is jurisdictional." *Booker v. Georgia Dept. of Human Res.*, 317 Ga. App. 426, 427 (731 SE2d 110) (2012) (punctuation omitted). Because Gomez failed to file an application for discretionary appeal, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  11/07/2022

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.